**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7494**

WALANDO KENNEY,

        Petitioner - Appellant,

    v.

FREDERICK ENTZEL, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, District Judge.  (1:19-cv-00019-TSK)

Submitted:  January 19, 2021              Decided:  January 22, 2021

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walando Kenney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walando Kenney appeals the district court's order overruling as untimely Kenney's objections to the magistrate judge's report and recommendation and denying Kenney's motion to set aside the district court's order dismissing Kenney's 28 U.S.C. § 2241 petition. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Kenney's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*